## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**BEKA BAKURADZE,**

      Petitioner,

v.                              **CIVIL NO. 5:26-CV-18**
                                      Judge Bailey

**MARY ADAMS,** and
**MICHAEL T. ROSE,**

      Respondents.

### ORDER TO SHOW CAUSE WHY THE PETITION
### SHOULD NOT BE GRANTED

On January 23, 2026, the petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

The undersigned has made a preliminary review of the petition and finds that summary dismissal of the same is not warranted. Therefore, the Warden shall have **ten (10) days** from the date of this Order to show cause why the writ should not be granted.

The Clerk is directed to add Assistant United States Attorney Christopher Prezioso, P.O. Box 591, Wheeling, WV 26003, as counsel for respondent Rose, and send him both hard and electronic copies of this Order. The Clerk is further directed to send a copy of this Order, along with a copy of the petition [Doc. 1] to Andrea Renea Nease Proper, Assistant Attorney General, Office of the Attorney General, 1900 Kanawha Boulevard East, State Capitol Building 6, Suite 406, Charleston, WV 25305, and to transmit copies of this Order to all counsel of record herein.

**DATED:** January 26, 2026.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE